IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM C.,[1]

                Plaintiff,

    v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

No. 3:17-cv-00632-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [24] on May 7, 2018, in which he recommends that this Court affirm the Commissioner's decision denying Plaintiff's applications for Social Security Disability and Supplemental Security Income benefits. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl.'s Obj., ECF 26. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [24]. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this \_\_\_\_10\_\_\_\_ day of \_\_August\_\_, 2018.

_____
MARCO A. HERNÁNDEZ
United States District Judge